UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-5357 PA (SKx) | Date | November 5, 2026 |
| Title | Midos Development Group v. Recovery on Facts, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On July 8, 2025, the Court issued an Order granting the Stipulation to Stay Action Pending Mediation and Arbitration. The Order states, "If the arbitration is not completed by March 1, 2026, the parties shall file a Joint Status Report beginning on that date and continuing every four months until the arbitration is completed. Failure to file the required Joint Report may, without further warning, result in dismissal of this action without prejudice." (Docket No. 17.) The parties filed their first Joint Status Report on March 1, 2026. In the Report, the parties explained that the mediation was not successful and confirmed that they "will file the next Joint Status Report on or before July 1, 2026." (Docket No. 20.) In the second Report, the parties again confirmed that they had not reached a resolution and reported that the parties initiated arbitration proceedings. They also confirmed that they "will file the next Joint Status Report on or before November 1, 2026." (Docket No. 23.) However, the parties have not filed the third Joint Status Report by the required date.

The Court therefore orders the parties to show cause in writing on or before **November 19, 2026**, why this action should not be dismissed for lack of prosecution or failure to comply with the Court's orders. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the parties' response(s). Failure to timely or adequately respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of this action.

IT IS SO ORDERED.